

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

01-15-00268-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 12:59:29 PM
CHRISTOPHER A. PRINE
Clerk

March 18, 2015

DAUCIE SCHINDLER
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON, TX 77002

Defendant's Name:  TONI TAVAREZ

Cause No:  1450059

Court:  177TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 3/12/15
**Sentence Imposed Date:** 3/12/15
**Court of Appeals Assignment:**  First  Court of Appeals
**Appeal Attorney of Record:**  DAUCIE SCHINDLER

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC.  Devon Anderson
      District Attorney
      Appellate Division
      Harris County, Texas

      LINDA HACKER (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas  77210-4651

Cause No. 145005901010

THE STATE OF TEXAS
V.
TONI TAVAREZ

*22 999 wk /998 P2*
*1392 bond 2510*

177TH  District Court / County Criminal Court at Law No. _____

Harris County, Texas

**FILED**

~~Chris Daniel~~
**District Clerk**

NOTICE OF APPEAL

**MAR 1 3 2015**

Time:_____

Harris County, Texas

By_____
Deputy

TO THE HONORABLE JUDGE OF SAID COURT:

On __3/12/15_____ (date), the defendant in the above numbered and styled cause gives
NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☑ **MOVES** to withdraw

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal

__3/12/15__

**Date**

__TONI TAVAREZ__

**Defendant (Printed name)**

**FILED**

**Chris Daniel**
**District Clerk**

**MAR 1 2 2015**

Time:_____

Harris County, Texas

By_____
Deputy

__RP CORNELIUS__

Attorney (Signature)

__RP CORNELIUS__

**Attorney (Printed name)**

__0483 1500__

**State Bar Number**

__2028 Buffalo Terrace__

**Address**

__713 238547__

**Telephone Number**

The defendant (check all that apply):

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT**
appellate counsel to represent him

☑ **ASKS** the Court to **ORDER** that a free record be provided to him

☑ **ASKS** the court to set **BAIL**

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order
Granting the requested relief

_____

**Defendant (Signature)**

__TONI TAVAREZ__

**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ *SEP 1 2 2015*

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On __3/13/15__ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☒ **IS** indigent for the purpose of

    ☒ employing counsel

    ☒ paying for a clerk's and court reporter's record

    ☐ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

    ☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

    ☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

    ☒ Defendant's / appellant's motion is **GRANTED** and

        ☒ __Daucie Schindler_____ (attorney's name & bar card number)
        is **APPOINTED** to represent defendant / appellant on appeal

        ☒ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS**

    ☐ **SET** at $ _____

    ☐ **TO CONTINUE** as presently set

    ☒ **DENIED** and is **SET** at **NO BOND** (Felony Only)

DATE SIGNED __3/13/15__

_____
JUDGE PRESIDING, P S
177 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW, NO ____,
HARRIS COUNTY, TEXAS

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _1450059_   OFFENSE: _Murder_

THE STATE OF TEXAS

_17th_ DISTRICT COURT

VS.

_Tavarez, Toni_   OF _Latt_

HARRIS COUNTY, TEXAS

## TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _Tavarez Toni_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☐ Appoint appellate counsel to represent him.

☐ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this_____day of _3/13_ A.D., 20_15_.

**FILED**
Chris Daniel
District Clerk
MAR 13 2015
Time:_____
Harris County, Texas
By_____
Deputy

_____
DEPUTY DISTRICT CLERK
_17_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _3/13/2015_ the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that _Daucie Schindler_ is appointed to represent defendant/appellant on appeal. SBT 24013495   Harris County Public

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the Defenders defendant/appellant.   Office

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

_____
JUDGE PRESIDING
_17_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _Daucie Schindler_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_Daucie Schindler (BW)_
ATTORNEY (SIGNATURE)

_24013495   01759528_
BAR/SPN NUMBER

_1201 Franklin, 13rd fl._
ADDRESS

_Houston, Tx. 77002_
CITY   STATE   ZIP

_713-368-0016_
PHONE

_713-368-9278_
FAX NUMBER

_daucie.schindler@pdo.hctx.net_
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _3/13/2015_

_____   _22/996_
DEPUTY DISTRICT CLERK (SIGNATURE)

DISTRICT CLERK




**Cause No. 145005901010**

THE STATE OF TEXAS

v.

TONI TAVAREZ

IN THE 17TH DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case.

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____
Judge

3/10/15
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

FILED
Chris Daniel
District Clerk
MAR 10 2015
Time: _____
Harris County, Texas
Deputy

_____
Defendant

Mailing Address: 2028 Buffalo Terrace

Telephone number: 713 237 8547

Fax number (if any): 713 528 0153

FILED
Chris Daniel
District Clerk
MAR 10 2015
Time _____
Harris County, Texas
Deputy

_____
Defendant's Counsel RP CORNELIUS

State Bar of Texas ID number: 04831500

Mailing Address: 2028 Buffalo Terrace

Telephone number: 713 237 8547

Fax number (if any) 713 528 0153

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal" TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

1ST

# APPEAL CARD

5-11-15

Court
177

Cause No.
1450059

**The State of Texas**
Vs

Toni Tavarez

3-12-15

Date Notice
Of Appeal: 3/12/15

Presentation:      Vol._____ Pg._____

Judgment:      Vol._____ Pg._____

Judge Presiding Ryan Patrick
Court Reporter Linda Nacker
Court Reporter_____
Court Reporter_____

Attorney
on Trial RP Cornelius

Attorney
on Appeal Daucie Schindler

Appointed ✓      Hired_____

Offense murder

Jury Trial:      Yes ✓      No_____

Punishment
Assessed 50 YRS

Companion Cases
(If Known) 13 53062

Amount of
Appeal Bond ⊗

Appellant
Confined:      Yes ✓      No_____

Date Submitted
To Appeal Section_____

Deputy Clerk MR

221997